# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PAULEY, WILLIAM H. | SOUTHERN DISTRICT OF NEW YORK | 05/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (active) | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Senior Member of Board of Visitors | Duke University School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | Continuation of payments agreement with former law partner, Franklyn H. Snitow, and his law firm, Snitow Kanfer Holtzer & Millus, LLP. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Self-Employed Licensed Real Estate Sales Person and Insurance Agent |
| 2. | 2013 | Self-Employed Floral Designer |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University School of Law | March 7 - 8, 2013 | Durham, NC | Board of Visitors Meeting | Travel, food, and lodging. |
| 2. | Duke University School of Law | November 14-16, 2013 | Durham, NC | Board of Visitors Meeting | Travel, food and lodging. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY, WILLIAM H. | 05/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY, WILLIAM H. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MUTUAL FUNDS | | | | | | | | | |
| 2. ICHHX - FRANKLIN/TEMPLETON HARD CUR FD | A | Dividend | | | Sold | 05/28/13 | K | | |
| 3. AFVPX - ALLIANZ NFJ INTL VALUE FD CL P | A | Interest | | | Sold | 05/28/13 | K | | |
| 4. CIGIX - CALAMOS INVT TR NEW INTL GROWTH FD CL I | A | Interest | | | Sold | 05/28/13 | K | | |
| 5. DFRPX - DWS PORTFOLIO TR FLTG RATE PLUS FD CL S | A | Interest | | | Sold | 05/28/13 | J | | |
| 6. HRVIX - HEARTLAND GROUP INC VALUE PLUS FUND | A | Interest | | | Sold | 05/28/13 | J | | |
| 7. JSTIX - HANCOCK JOHN STRATEGIC SER INCOME FD CL I | A | Interest | | | Sold | 05/28/13 | K | | |
| 8. NMCAX - ING EQUITY TR MID CAP OPPTYS FD CL A | A | Dividend | | | Sold | 05/28/13 | J | | |
| 9. CNSDX - INVESCO CONVERTIBLE SECURITIES FUND CLASS Y | A | Interest | | | Sold | 05/28/13 | K | | |
| 10. JSMGX - JANUS INVT FD TRITON FD CL I | A | Interest | | | Sold | 05/28/13 | J | | |
| 11. LHYFX - LORD ABBETT HIGH YIELD FD CL F | A | Interest | | | Sold | 05/28/13 | K | | |
| 12. OOSYX - OPPENHEIMER SENIOR FLOATING RATE FUND CL Y | A | Interest | | | Sold | 05/28/13 | J | | |
| 13. PCRPX - PIMCO FDS COMMODITYREALRETURN STRATEGY P | A | Interest | J | T | | | | | |
| 14. PUSYX - PUTNAM US GOVERNMENT INCOME TRUST-CL Y | B | Interest | | | Sold | 05/28/13 | K | | |
| 15. VETAX - VICTORY PORTFOLIOS ESTABLISHED VALUE FD CL A | A | Int./Div. | | | Sold | 05/28/13 | J | | |
| 16. FMLSX - WASATCH FDS INC LONG/ SHORT FD | A | Interest | | | Sold | 05/28/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY, WILLIAM H. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. | | | | | | | | | |
| 18. ANNUITIES | | | | | | | | | |
| 19. DISCOVERY PLUS | C | Interest | M | T | | | | | |
| 20. | | | | | | | | | |
| 21. CASH AND CASH EQUIVALENTS | | | | | | | | | |
| 22. JP MORGAN CHASE | B | Interest | O | T | Buy (add'l) | 03/11/13 | N | | |
| 23. U.S. SAVINGS BONDS | A | Interest | J | T | | | | | |
| 24. AXA FIN'L LIFE INS (Cash Surrender Value) | D | Dividend | N | T | | | | | |
| 25. AXA FIN'L LIFE INS (Cash Surrender Value) | C | Dividend | M | T | | | | | |
| 26. NEW YORK 529 COLL SVGS MOD AGE-BASED OPT: INCOME PORTFOLIO | A | Interest | K | T | | | | | |
| 27. NEW YORK 529 COLL SVGS MOD AGE-BASED OPT: CONSERV GROWTH | A | Interest | L | T | Buy (add'l) | 12/27/13 | J | | |
| 28. NEW YORK 529 COLL SVGS INTEREST ACCUMULATION PORTFOLIO | A | Interest | J | T | | | | | |
| 29. TRMXX - RBC PRIME MONEY MARKET FD RESERVE CL | A | Interest | | | Redeemed | 05/31/13 | N | | |
| 30. | | | | | | | | | |
| 31. RETIREMENT ACCOUNTS | | | | | | | | | |
| 32. 401K PLAN - ING | A | Interest | | | Redeemed | 04/01/13 | K | | |
| 33. 401K PLAN - FIDELITY FREEDOM K | A | Interest | K | T | Buy | 04/01/13 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY, WILLIAM H. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. IRA SCUDDER - DWS CORE PLUS INCOME FUND | B | Interest | K | T | | | | | |
| 35. IRA SCUDDER - DWS GLOBAL THEMATIC FUND | A | Interest | J | T | | | | | |
| 36. ACMXX - RBC MONEY MARKET OBLIGATIONS TRUST | A | Interest | | | Redeemed | 06/20/13 | N | | |
| 37. AGDAX - ALLIANCE BERNSTEIN HIGH INC FD | A | Dividend | | | Sold | 05/28/13 | K | | |
| 38. GSFTX - COLUMBIA FDS SER TR1 DIV INC | A | Dividend | | | Sold | 05/28/13 | J | | |
| 39. ICHHX - FRANKLIN/TEMPLETON HARD CUR FD | A | Dividend | | | Sold | 05/28/13 | J | | |
| 40. HIPIX - HARTFORD INFLATION PLUS FD | A | Dividend | | | Sold | 05/28/13 | J | | |
| 41. TGBAX - TEMPLETON GLOBAL BOND FD | A | Dividend | | | Sold | 05/28/13 | J | | |
| 42. RBLCX - RUSSELL INVT BALANCED STRATEGY FD CL C | A | Dividend | | | Sold | 05/28/13 | K | | |
| 43. AGDAX - ALLIANCE BERNSTEIN HIGH INCOME FUND CL A | A | Interest | | | Sold | 05/28/13 | J | | |
| 44. AFVPX - ALLIANZ NFJ INTL VALUE FD CL P | A | Interest | | | Sold | 05/28/13 | J | | |
| 45. CIGIX - CALAMOS INVT TR NEW INTL GROWTH FD CL I | A | Interest | | | Sold | 05/28/13 | J | | |
| 46. DWOIX - DREYFUS RESH GROWTH FD INC SHS CL I | A | Interest | | | Sold | 05/28/13 | J | | |
| 47. DFRPX - DWS PORTFOLIO TR FLTG RATE PLUS FD CL S | A | Interest | | | Sold | 05/28/13 | J | | |
| 48. ICHHX - FRANKLIN/TEMPLETON HARD CURRENCY FUND-ADVISOR CL | A | Dividend | | | Sold | 05/28/13 | J | | |
| 49. JSTIX - HANCOCK JOHN STRATEGIC SER INCOME FD CL I | A | Interest | | | Sold | 05/28/13 | K | | |
| 50. HIPIX - HARTFORD INFLATION PLUS FUND CL I | A | Interest | | | Sold | 05/28/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY, WILLIAM H. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. HRVIX - HEARTLAND GROUP INC VALUE PLUS FUND | A | Interest | | | Sold | 05/28/13 | J | | |
| 52. NMCAX - ING EQUITY TR MID CAP OPPTYS FD CL A | A | Dividend | | | Sold | 05/28/13 | J | | |
| 53. CNSDX - INVESCO CONVERTIBLE SECURITIES FUND CLASS Y | A | Interest | | | Sold | 05/28/13 | J | | |
| 54. JSMGX - JANUS INVT FD TRITON FD CL I | A | Interest | | | Sold | 05/28/13 | J | | |
| 55. LHYFX - LORD ABBETT HIGH YIELD FD CL F | A | Interest | | | Sold | 05/28/13 | J | | |
| 56. FAQIX - NUVEEN EQUITY INCOME FUND CL Y | A | Interest | | | Sold | 05/28/13 | J | | |
| 57. PCRPX - PIMCO FDS COMMODITYREALRETURN STRATEGY P | A | Dividend | | | Sold | 05/28/13 | J | | |
| 58. PUSYX - PUTNAM US GOVERNMENT INCOME TRUST-CL Y | A | Interest | | | Sold | 05/28/13 | K | | |
| 59. TGBAX - TEMPLETON GLOBAL BOND FD | A | Interest | | | Sold | 05/28/13 | J | | |
| 60. VETAX - VICTORY PORTFOLIOS ESTABLISHED VALUE FD CL A | A | Interest | | | Sold | 05/28/13 | J | | |
| 61. SGRKX - WELLS FARGO ADVANTAGE GROWTH FUND ADMIN CL | A | Interest | | | Sold | 05/28/13 | J | | |
| 62. FMLSX - WASATCH FDS INC LONG/ SHORT FD | A | Interest | | | Sold | 05/28/13 | J | | |
| 63. VMMXX VANGUARD PRIME MONEY MARKET - TRADITIONAL IRA | A | Interest | L | T | Buy | 06/25/13 | L | | |
| 64. VMMXX VANGUARD PRIME MONEY MARKET - TRADITIONAL IRA | A | Interest | M | T | Buy | 06/25/13 | M | | |
| 65. VMMXX VANGUARD PRIME MONEY MARKET - ROTH IRA | A | Interest | K | T | Buy | 06/25/13 | J | | |
| 66. VMMXX VANGUARD PRIME MONEY MARKET - ROTH IRA | A | Interest | K | T | Buy | 06/25/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY, WILLIAM H. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. VMMXX VANGUARD PRIME MONEY MARKET - SEP-IRA | A | Interest | K | T | Buy | 06/25/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY, WILLIAM H. | 05/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ WILLIAM H. PAULEY

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544